**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01288-CR
No. 05-12-01291-CR

**CHRISTOPHER WAYNE WHEELER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 199-81739-2011, 199-82836-2011

## ORDER

The clerk's and reporter's records are overdue in these appeals. The Court **ORDERS** the trial court to make findings of fact regarding whether appellant has been deprived of the clerk's and reporter's records because of ineffective counsel, indigence, or for any other reason.

- The trial court shall first determine whether appellant desires to prosecute the appeals. If the trial court determines that appellant does not desire to prosecute the appeals, it shall make a finding to that effect.

- If the trial court determines that appellant desires to prosecute the appeals, it shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the clerk's and reporter's records. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect. Moreover, if appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeals.

- The trial court shall next determine: (1) the name and address of each court reporter who recorded the proceedings in the causes; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

- The trial court shall next determine the date by which the clerk's records will be filed.

We **ORDER** the trial court to transmit supplemental records, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeals are **ABATED** to allow the trial court to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.


/s/     LANA MYERS
         JUSTICE